AUSTIN HERZELL, Appellant, *v.* A. TYLER SMITH, Respondent.

(Submitted October 16, 1933; decided November 21, 1933.)

*George I. Swetlow* and *Cleland R. Neal* for appellant.
*Almet R. Latson, Jr.*, for respondent.

Judgment of the Appellate Division and that of the Trial Term reversed, and new trial granted, with costs to abide the event, on the ground that the court's direction of a verdict for the defendant was improper and that a question of fact for the jury was presented. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.